UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECHERI HAFER, | No. 2:23-cv-0045 DJC DB PS |
| Plaintiff, | |
| v. | ORDER |
| HOMESITE INSURANCE, | |
| Defendant. | |

Plaintiff DeCheri Hafer is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Review of the complaint finds that plaintiff resides in Bakersfield, California and that the allegations concern real property also located in Bakersfield, California.[1] (Compl. (ECF No. 1) at 1, 6.) Bakersfield is located in Kern County. Pursuant to Local Rule 120(d), actions arising in Kern County shall be commenced in United States District Court sitting in Fresno. Local Rule 120(f) provides that the Court may transfer an action to another venue within the District when that action has not been commenced in the proper court. This action, therefore, will be transferred to the Fresno court.

////

---

[1] The complaint also alleges that the defendant is a corporation based in New Jersey. (Compl. (ECF No. 1) at 4.)

1

1     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall transfer this action to the United States District Court sitting in Fresno, California.

DATED: April 25, 2023          /s/ DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\hafer0045.transfer.ord