UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeCHERI HAFER,<br><br>            Plaintiff,<br><br>      v.<br><br>HOMESITE INSURANCE,<br><br>            Defendant. | Case No. 1:23-cv-0656 JLT SKO<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On January 9, 2023, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed the complaint in this action in the Sacramento Division of this Court. (Docs. 1, 2.) The case was transferred to the Fresno Division on April 28, 2023. (*See* Doc. 5.)

On June 8, 2023, the magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). (Doc. 7.) The magistrate judge found Plaintiff failed to establish federal jurisdiction in the complaint, and failed to state any cognizable claims. (*Id.* at 3-6.) The Court granted Plaintiff 30 days to file an amended complaint or inform the Court that she wished to stand on her initial complaint. (*Id.* at 6-7.) The Court served the Screening Order at the only address on record, but it was returned to the Court as undeliverable on June 15, 2023.

On September 5, 2023, the magistrate judge issued an order to Plaintiff to show cause why the action should not be dismissed. (Doc. 8.) Again, the Court's order was retuned as undeliverable on September 13, 2023.

On October 4, 2023, the magistrate judge issued Findings and Recommendations, recommending that the action be dismissed for Plaintiff's failure to comply with the Court's order and Local Rules, and her failure to prosecute.  (Doc. 10.)  Again, the Court's mail was returned marked "Undeliverable, Unclaimed, Unable to Forward."

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendation are supported by the record and proper analysis. In addition, dismissal with prejudice is appropriate given Plaintiff's failure to state a cognizable claim. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations filed October 4, 2023 (Doc. 10) are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated: __November 6, 2023__

UNITED STATES DISTRICT JUDGE